UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Orantas,

        Plaintiff(s),

        Case No. 22-10718

v.

        Judge Terrence G. Berg

David Weeks, et al.,

        Magistrate Judge Jonathan J.C. Grey

        Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number __24__, filed __8/22/22__, has been modified. The explanation for the correction is stated below.

- [✓] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact __Amanda Chubb__ at __(313) 234-2644__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: August 22, 2022

/s/A. Chubb
Deputy Clerk