UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN ORANTAS,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID E. WEEKS, ET AL.,<br><br>Defendants. | 2:22-CV-10718-TGB<br><br>ORDER DISMISSING CASE<br><br>HONORABLE<br>TERRENCE G. BERG |

Pursuant to the Stipulation of Voluntary Dismissal (ECF No. 34), this case is DISMISSED without prejudice.

DATED this 8th day of June, 2023.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge